| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |
|---|---|

| UNITED STATES OF AMERICA | § | |
|---|---|---|
| | § | |
| *versus* | § | CASE NO. 1:12-CR-93 |
| | § | |
| JOHN ELLIS BAILEY | § | |

## MEMORANDUM ORDER ADOPTING REPORT AND RECOMMENDATION

The Court referred this matter to the Honorable Keith F. Giblin, United States Magistrate Judge. In accordance with 18 U.S.C. § 3401(i) and 18 U.S.C. § 3583(e), Judge Giblin held a hearing and submitted findings of fact and a recommendation on the defendant's plea of true. The defendant consented to the revocation of his supervised release and waived his right to be present and allocute at sentencing. The parties have not objected to Judge Giblin's report.

The Court ORDERS that the findings of fact and recommendation on plea of true (#106) are ADOPTED. The Court finds that the defendant, John Ellis Bailey, violated conditions of supervised release and ORDERS that his supervision is REVOKED. Pursuant to Judge Giblin's recommendation and the parties' agreement, the Court ORDERS the defendant to serve a term of eight (8) months imprisonment to be followed by a new term of supervised release for two (2) years. The conditions of supervision will be set forth in a separate revocation judgment.

SIGNED at Beaumont, Texas, this 20th day of July, 2016.

MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE